## LEWIS V. NILES.

Where, in a declaration for slander, some of the counts are insufficient, and there is a general verdict for the plaintiff and entire damages given, the court will not arrest the verdict.

ACTION of defamation. The declaration contained several counts for several sets of words, some of which were sufficient and some were insufficient. The defendant plead not guilty generally to the whole. Issue to the jury.

The jury found the defendant guilty and gave damages.

The defendant moved in arrest of judgment, that several of the counts in the declaration were clearly insufficient, and as the verdict was general, it did not appear to the court but that the defendant was found guilty and the damages given upon the insufficient counts only.

By the COURT. The motion is insufficient, for it is not to be presumed that the jury founded their verdict upon the insufficient counts; and as there are several counts in the declaration, which are well and sufficiently alleged, it contains substantial grounds to entitle the plaintiff to judgment; besides, the defendant might have demurred to the insufficient counts. The rule laid down in the books, as adopted in Great Britain to the contrary in civil actions, appears not to be founded in good reason, although the same rule in criminal actions doth not hold, (for in those if any one of the allegations is sufficient, the defendant is holden) yet the reason is the same in both civil and criminal prosecutions.